**SO ORDERED.**

**SIGNED this 9th day of October, 2012.**


THOMAS W. WALDREP, JR.
UNITED STATES BANKRUPTCY JUDGE



---

C-13-15a(Order)
(Rev. 11/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                   )
                                         )
                                         )
                                         )
JOHN CHRISTOPHER YORK,                   )
                                         )   No. B-09-52415      C-13W
                                         )
           Debtor.                       )

### ORDER

This matter coming before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtor, to recommend that two classes of unsecured claims be established, and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 16, 2012 by the Clerk of Court setting September 17, 2012 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be granted; therefore, it is

**ORDERED** that two classes of unsecured claims are established as follows:

Class #1 will consist of all unsecured claims to whom the Male Debtor and Melinda W. York are jointly liable, with members of this class to receive a dividend of 100% of their claim amounts. The following Creditors are members of this class:

    $6,672.17     PRA Receivables Management, LLC (Lowes)
    $13,400.00    Johnny C. York
    $2,529.42     Chase Bank (Kohl's)
    $3,621.17     PRA Receivables Management, LLC (Home Depot)

Class #2 will consist of claims on which the Debtor is solely liable. There is no requirement of a dividend to members of this class:

| | |
|---|---|
| $12,968.94 | PRA Receivables Management, LLC |
| $5,022.75 | East Bay Funding, LLC |
| $3,496.04 | PRA Receivables Management, LLC |
| $7,631.14 | PRA Receivables Management, LLC |
| $1,477.94 | PRA Receivables Management, LLC |
| $2,322.86 | Capital One, N.A. |

; and it is further

**ORDERED** that the Plan base amount is established at THE GREATER OF $242,430.00 or the amount necessary to ensure that members of Class #1 receive 100% of their claim amounts, with no requirement of a minimum dividend to members of Class #2.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
09-52415    C-13W

CAPITAL ONE NA
%BASS & ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON, AZ 85712

CHASE BANK USA NA
%CREDITORS BANKRUPTCY SERVICE
P O BOX 740933
DALLAS, TX 75374

EAST BAY FUNDING LLC
%RESURGENT CAPITAL SERVICES
P O BOX 288
GREENVILLE, SC 29603

JOHN CHRISTOPHER YORK
170 PLOWMAN ROAD
ADVANCE, NC 27006

JOHNNY C YORK
194 PLOWMAN LANE
ADVANCE, NC 27006

PRA RECEIVABLES MANAGEMENT LLC
%PORTFOLIO RECOVERY ASSOC LLC
P O BOX 12914
NORFOLK, VA 23541

R MICHAEL WELLS
WELLS JENKINS LUCAS & JENKINS
155 SUNNYNOLL COURT SUITE 200
WINSTON-SALEM, NC 27106

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115